USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2021

LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES

SUITE 502
12000 BISCAYNE BOULEVARD
NORTH MIAMI, FLORIDA 33181

MAIN (305) 891-5199
FACSIMILE (305) 893-9505

August 16, 2021

*Via CM/ECF*
The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 100071312

Re:   *Helen Swartz v. 93 Bowery Holdings LLC* – Case No. 1:21-cv-04068-AT

Your Honor:

A telephonic Initial Pretrial Conference has been scheduled for September 7, 2021, at 10:45 a.m. It has come to the attention of the undersigned, counsel for Plaintiff, that this is the first day of the Jewish High Holy Day of Rosh Hashona. I have reached out to defense counsel, who has no objection for this second request for adjournment of the Conference. In addition, the parties have been discussing the possibility of settlement.

Accordingly, an adjournment is respectfully requested. Please be advised that the parties have conflicts for much of September and the first week of October. As of this writing, the weeks beginning October 25th and November 1st are completely free. It is hoped that a settlement will be reached well in advance of those dates.

The Court's consideration of this matter is greatly appreciated.

GRANTED. The initial pretrial conference scheduled for September 7, 2021, is ADJOURNED to **October 27, 2021**, at **10:00 a.m.** The parties shall submit their joint letter and proposed case management plan by **October 20, 2021**.

SO ORDERED.

Dated: August 17, 2021
          New York, New York

ANALISA TORRES
United States District Judge